UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

JACQUELINE MHREZ
on behalf of herself and all others
similarly situated

        Plaintiff,

v.

FIRST NATIONAL COLLECTION
BUREAU, INC.

        Defendants.

Case No.: 22-cv-5093

---

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant First National Credit Bureau, Inc. ("Defendant") hereby removes this action from the Superior Court of the State of New Jersey, County of Hudson, to the United States District Court for the District of New Jersey. As grounds for removal, Defendant states as follows:

1. On July 15, 2022, Plaintiff Jacqueline Mhrez ("Plaintiff") commenced a civil action against Defendant in the Superior Court of the State of New Jersey, County of Hudson, bearing case number HUD-L-002314-22.

2. On July 25, 2022, Plaintiff filed an Amended Complaint.

3. This is a civil action based on Plaintiff's claim that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA").

4. Removal is proper because this case involves a federal question—alleged violations of the FDCPA. Therefore, the entire action is removable under 28 U.S.C. §1441(a).

5. Removal is timely pursuant to 28 U.S.C. §1446(b) because Defendant has filed this Notice of Removal within 30 days of receipt of Plaintiff's Complaint. Defendant was served on July 25, 2022.

6. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

7. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, orders and other papers filed in this action and obtained by Defendant are attached hereto and marked as composite **Exhibit A** and incorporated herein by reference.

8. A copy of this Notice of Removal has been sent to Plaintiff and will be filed with the clerk of the Superior Court of the State of New Jersey, County of Hudson.

9. A jury demand was made in state court.

WHEREFORE, First National Credit Bureau, Inc., gives notice that this action is hereby removed from the Superior County of New Jersey Law Division: Hudson County, to the United States District Court for the District of New Jersey.

Dated:    August 18, 2022

Respectfully submitted,

**LIPPES MATHIAS LLP**

s/ Sean M. O'Brien
Sean M. O'Brien, Esq.
New Jersey Bar #093702013
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
E: sobrien@lippes.com
*Attorneys for Defendant*